UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION         21 MC 102 (AKH)

---

DAISY ORTIZ AND EDWIN ORTIZ,                07-CV-05420 (AKH)

　　　　　　　　　Plaintiffs,

-against-

100 CHURCH, LLC, ET. AL.,

　　　　　　　　　Defendants.

---

### NOTICE OF APPEARANCE

Please enter the appearance of John J. Henry, Esq., of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
　　　　October 29, 2007

WHITEMAN OSTERMAN & HANNA LLP

BY: _____
John J. Henry (JH-7137)
Attorneys for Defendant
　TRC Engineers, Inc.
One Commerce Plaza
Albany, New York 12260
(518) 487-7650

2

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 29th day of October, 2007, via ECF upon the ECF participants.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Carrie L. Lalyer