UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21MC103(AKH) |
| DAISY ORTIZ, AND EDWIN ORTIZ, | 07CV5420(AKH) |
| Plaintiff(s), -against- 100 CHURCH LLC, et al., Defendants. | **NOTICE OF ADOPTION BY ZAR REALTY MANAGEMENT CORP. OF AMENDED ANSWER TO MASTER COMPLAINT** |

**PLEASE TAKE NOTICE** that defendant **100 ZAR REALTY MANAGEMENT CORP. n/k/a SAPIR REALTY MANAGEMENT CORP.** for the building located at 100 Church Street, (hereinafter "ZAR/SAPIR"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above reference action, herein adopts ZAR/SAPIR's Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).  To the extent that ZAR/SAPIR's Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ZAR/SAPIR denies truth of specific allegations.

**WHEREFORE**, ZAR/SAPIR demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
February 26, 2008

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
ZAR REALTY MANAGEMENT CORP. n/k/a
SAPIR REALTY MANAGEMENT CORP.

_____/s/_____
Stanley Goos, Esq.  (SG 7062)
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279
***Liaison Counsel for Plaintiff***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Bradford Stein, Esq.
Flemming Zulack Williamson Zauderer LLP

One Liberty Plaza
New York, New York 10006
*Liaison Counsel for the Defendants*

**All Counsel via ECF**

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on February 26, 2008, I caused to be filed and served the following document electronically via the Court's ECF system upon the parties:

1. Notice of Zar/Sapir's Adoption of Answer to Master Complaint.

Dated: February 26, 2008

                                                     /s/
                                 Stanley Goos, Esq. (SG 7062)